Case Number: __1:19__ - CV - __00232__   ( __NG__ ) (PK)

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **PROPOSED DISCOVERY PLAN** | | | |
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | 4/16/19 | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | 4/30/19 |
| 3. Requests made: | | | |
| a. Medical records authorization | | X | |
| b. Section 160.50 releases for arrest records | | X | |
| c. Identification of John Doe/Jane Doe defendants | | 11/4/19 | |
| d. Proposed Stipulation of Confidentiality | | | 5/8/19 |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | 4/16/19 | | |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | | | 8/30/19 |
| 2. Defendant to make settlement offer | | | 9/6/19 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4. Settlement Conference (proposed date) | | | 9/17/19 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 11/4/19 |
| 2. Initial documents requests and interrogatories | | | 6/3/19 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 1/15/20 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 1/22/20 |
| 5. Expert discovery (only if needed)   *Check here if not applicable* ☐ | | | |

Rev. 9-14-18

| | | | |
|---|---|---|---|
| Plaintiff expert proposed field of expertise: | medicine, pharmacy, accounting | | |
| Defendant expert proposed field of expertise: | medicine, pharmacy, accounting | | |
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Case-in-chief expert report due | | | 3/23/20 |
| b. Rebuttal expert report due | | | 4/22/20 |
| c. Depositions of experts to be completed | | | 5/22/20 |
| 6. Completion of ALL DISCOVERY | | | 5/22/20 |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 5/23/20 |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | | 5/30/20 |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | X | |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | | 6/30/20 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☒ No |

### E. *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____
**PEGGY KUO**                                                                Date
United States Magistrate Judge

Rev. 9-14-18