Case Number:  1:19 - CV - 00232  (  NG  ) (PK)

| PROPOSED DISCOVERY PLAN | | | |
|---|---|---|---|
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | 4/16/19 | | |
| 2.  Rule 26(a)(1) disclosures exchanged | | | 4/30/19 |
| 3.  Requests made: | | | |
| a.  Medical records authorization | | X | |
| b.  Section 160.50 releases for arrest records | | X | |
| c.  Identification of John Doe/Jane Doe defendants | | 11/4/19 | |
| d.  Proposed Stipulation of Confidentiality | | | 5/8/19 |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | 4/16/19 | | |
| **B. SETTLEMENT** | | | |
| 1.  Plaintiff to make settlement demand | | | 8/30/19 |
| 2.  Defendant to make settlement offer | | | 9/6/19 |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4.  Settlement Conference (proposed date) | | | 9/17/19 |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties or amend pleadings | | | 11/4/19 |
| 2.  Initial documents requests and interrogatories | | | 6/3/19 |
| 3.  All fact discovery to be completed (including disclosure of medical records) | | | 1/15/20 |
| 4.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 1/22/20 |
| 5.  Expert discovery (only if needed)          _Check here if not applicable_ ☐ | | | |

Rev. 9-14-18

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| Plaintiff expert proposed field of expertise: | | | medicine, pharmacy, accounting |
| Defendant expert proposed field of expertise: | | | medicine, pharmacy, accounting |
| a.  Case-in-chief expert report due | | | 3/23/20 |
| b.  Rebuttal expert report due | | | 4/22/20 |
| c.  Depositions of experts to be completed | | | 5/22/20 |
| 6.  Completion of ALL DISCOVERY | | | 5/22/20 |
| 7.  Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 5/23/20 |
| 8.  If District Judge requires Pre-Motion Conference, date to make request | | | 5/30/20 |
| 9.  If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | x | |
| 10.  Joint Pre-Trial Order due (if no dispositive motion filed) | | | 6/30/20 |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1.  All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☒ No |
| 2.  All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☒ No |

## E.  *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | |
|---|---|---|---|
| 1.  Motion for collective action certification in FLSA cases | | | |
| a.  Response due | | | |
| b.  Reply due | | | |
| 2.  Motion for Rule 23 class certification | | | |
| a.  Response due | | | |
| b.  Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*

PEGGY KUO
United States Magistrate Judge

_5/8/19_
Date

Rev. 9-14-18